REDACTED



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

NOV 15 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No.   1:23-CR-71 |
| | ) | Violation:   18 U.S.C. § 922(a)(6) |
| ZESHA M. SHETLEY | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about September 18, 2023, in the Northern District of Indiana,

ZESHA M. SHETLEY,

defendant herein, in connection with the attempted acquisition of a firearm, namely a Taurus G3 pistol, from Freedom Firearms, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Freedom Firearms, LLC, which statement was intended and likely to deceive Freedom Firearms, LLC, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant stated that she has never been convicted in any court of a felony or any other crime for which she could be imprisoned for more than one year, and stated that she was the

actual transferee/buyer of the firearm, knowing that information to be false;

All in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL

/s/Foreperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: /s/ Justin C. Sheridan
Justin C. Sheridan
Assistant United States Attorney